DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**WAYNE TREACY,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D18-2627

[November 14, 2018]

Appeal of order denying rule 3.800 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Timothy L. Bailey, Judge; L.T. Case No. 10-6720CF10A.

Wayne Treacy, Indiantown, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.  See Hart v. State*, 246 So. 3d 417 (Fla. 4th DCA 2018).

GROSS, TAYLOR and KLINGENSMITH, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***